Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of

Division

Plaintiff(s): __Jon Kelly Reeves__

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): __Escambia Board County Commissioners__, __Escambia County Jail__, __Escambia County Sheriff office__

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __3:21cv1177-TKW-EMT__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED USDC FLND PN
OCT 4 '21 PM3:21 mb

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jon Kelly Reeves
Address: 414 Polk Ave
Pensacola, Fl 32507
County: Escambia
Telephone Number: 850-516-3010
E-Mail Address: Kllyrvs@hotmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Escambia County Board of Commissioners
Job or Title (if known):
Address: 221 N Palafox Place
Pensacola, Fl 32502
County: Escambia
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Escambia County Jail
Job or Title (if known):
Address: PO Box 17800
Pensacola, Fl 32522
County: Escambia
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
   Name: Escambia County Sheriff Office
   Job or Title (if known):
   Address: 1700 Leneard St.
   Pensacola, FL 32501
   City / State / Zip Code
   County: Escambia
   Telephone Number:
   E-Mail Address (if known):

   ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
   Name: N/A
   Job or Title (if known):
   Address:
   City / State / Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   1st 4th 5th 6th 14th 15th Amendment of U.S. Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

# SEE MITCHELL VS Untreiner
Case law

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Escambia County Jail

B. What date and approximate time did the events giving rise to your claim(s) occur?

Between the dates of June 2021 and thru December 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Putting me in direct contact with Inmates, who have not been quarantined. Feed us off plastic trays during a period of quarantine instead of styrofoam. The ceiling in my 8 man dorm leaking raw sewerage. Flushing the toilet and it comming up in the toilet next to it. Ping Pong it back and forth to get it to go flush down. Some officers mandate the wearing of Mask and some not. Not being tested by staff for Covid 19.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. N/A

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to see the court in my favor. The stress of being around Covid 19. The pain and suffering of not eating at times because of Covid and the continued use of trays not being steril. The waste coming from the cieling. I would like to see the court find in my favor of $10,000 and my debt to the jail paid in full.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff   Jon Kelly Reeves

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____

_____  _____  _____
City                           State               Zip Code

Telephone Number   _____
E-mail Address   _____



Jon Reeves
Esc. County Jail
36 201· E
P.O. Box 17800
Pensacola, FL 32522

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665